IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
Summary Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

DARRELL WAYNE SAULS, also known as DS,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-68-A-3
- - - - - - - - - -
August 5, 1996
Before HIGGINBOTHAM, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Darrell Wayne Sauls appeals from the district court's order
revoking the magistrate judge's order of release pending trial.
The district court's decision rests on its conclusion that Sauls
presents a danger to any other person or the community and no
conditions will reasonably assure safety, and that Sauls presents
a risk of flight and no conditions will reasonably assure Sauls'

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

appearance as required.  The district court's conclusion is supported by the record.  <u>See</u> <u>United States v. Rueben</u>, 974 F.2d 580, 586 (5th Cir. 1992), <u>cert. denied</u>, 507 U.S. 940 (1993).  The district court's detention order is AFFIRMED.